IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DAVID R. GABALDON,
ADC #173101                                                                                          PLAINTIFF

v.                                            3:21CV00185-LPR-JTK

MARJORIE HALL, et al.                                                                      DEFENDANTS

**ORDER**

Having reviewed Plaintiff's Complaint for screening purposes only,[1] the Court finds that service is appropriate with respect to Plaintiff's claims against Defendants Marjorie Hall, Michelle Gray, and Sandra Lake.   The Court notes Defendant Hall already has filed an Answer. (Doc. No. 6).

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare summonses for Defendants Gray and Lake.   The United States Marshal is hereby directed to serve a copy of the Complaint (Doc. No. 2) and summons on Defendant Gray and Defendant Lake without prepayment of fees and costs or security therefore. Service on Defendant Gray should be attempted through the ADC Compliance Office, P.O. Box 20550, Pine Bluff, Arkansas 71612.   Service on Defendant Lake should be attempted through Hardin, Jesson & Terry, PLC, Attn: Kirkman Dougherty, 1401 West Capitol Avenue, Suite 190, Little Rock, Arkansas 72201.

IT IS SO ORDERED this 1st day of November, 2021.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] The Prison Litigation Reform Act requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. Sect. 1915A(a).