IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DAVID R. GABALDON,
ADC #173101                                                                                            PLAINTIFF

v.                              Case No. 3:21CV00185-LPR-JTK

MARJORIE HALL, et al.                                                                          DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition (PFRD) submitted by United States Magistrate Judge Jerome T. Kearney. No objections have been filed and the time to do so has expired. After a careful and *de novo* review of the PFRD and the record, the Court concludes that the PFRD should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED THAT:

1. Defendant Gray's Motion to Dismiss (Doc. No. 11) is GRANTED.

2. Plaintiff's claims against Defendant Gray are DISMISSED without prejudice.

3. The Court certifies that an <u>in forma pauperis</u> appeal of any order adopting this recommendation would not be taken in good faith.

IT IS SO RECOMMENDED this 29th day of April, 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE