IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DAVID R. GABALDON,**                                                              **PLAINTIFF**
**ADC #173101**

v.                                  Case No. 3:21-CV-00185-LPR-JTK

**MARJORIE HALL, et al.**                                                          **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition ("PFRD") submitted by United States Magistrate Judge Jerome T. Kearney. No objections have been filed and the time to do so has expired. After a careful and *de novo* review of the PFRD and the record, the Court concludes that the PFRD should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.[1]

IT IS, THEREFORE, ORDERED THAT:

1. Defendants' Motion for Partial Summary Judgment on the issue of exhaustion (Doc. No. 18) is GRANTED.

2. Plaintiff's claims against Defendants Lake and Hall are DISMISSED without prejudice for failure to exhaust.

3. Defendants Lake and Hall are DISMISSED as parties from this lawsuit.

4. Plaintiff's Complaint (Doc. No. 2) is DISMISSED without prejudice.

Dated this 29th day of April 2022.

---

[1] There are two small exceptions. The last sentence of Section II on page three of the PFRD is best modified for clarity as follows: "The Court notes that Plaintiff attached grievances to his Complaint, but there is no appeal in the record, nor is there any decision of an appeal in the record." Similarly, on page seven, the first full sentence of that page should be modified for clarity as follows: "Rather, Defendants' position is consistent with the grievance paper Plaintiff attached to his Complaint; there was no appeal nor decision of an appeal in the attachments."

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE