IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DAVID R. GABALDON,**                                                                           **PLAINTIFF**
**ADC #173101**

**v.**                                    Case No. 3:21-CV-00185-LPR

**MARJORIE HALL, et al.**                                                      **DEFENDANTS**

## **JUDGMENT**

Pursuant to the order filed on this date, it is considered, ordered, and adjudged that plaintiff David R. Gabaldon's complaint is dismissed without prejudice.

So adjudged this 29th day of April 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE